# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 12, 2016

## NO. 03-15-00557-CV

**William Gonzalez, Appellant**

**v.**

**Priscilla Irene Castanuela, Appellee**

## APPEAL FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

Having reviewed the record, the Court holds that William Gonzalez has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.